1  Roman M. Silberfeld, Bar No. 62783
   *RMSilberfeld@rkmc.com*
2  Bernice Conn, Bar No. 161594
   *BConn@rkmc.com*
3  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:   310-552-0130
5  Facsimile:   310-229-5800

6  Attorneys for Defendant,
   SUPERVALU INC.
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11

12 UNIFIED GROCERS, INC., a California      Case No. CV 12-10467 CAS (FFMx)
   Corporation; SUE KLUG, an individual;
13 and LEON BERGMANN, an individual,        **[PROPOSED]** ORDER FOR
                                            DISMISSAL WITH PREJUDICE
14              Plaintiffs,

      v.
15
   SUPERVALU INC., a Delaware               Judge: Christina A. Snyder
16 Corporation and DOES 1 through 20,
   Inclusive,
17
                Defendants.
18

19

20       Based upon the parties' Stipulation of Dismissal With Prejudice, filed

21 February 15, 2013 [Docket No. 23], **IT IS HEREBY ORDERED** that the above-

22 captioned action is dismissed with prejudice and on the merits, with each party to

23 bear its own litigation costs, attorneys' fees, and other expenses arising from or

24 related to this litigation.

25 Dated: February 15, 2013            *Christine a. Snyder*

26                                     The Honorable Christina A. Snyder
                                       UNITED STATES DISTRICT COURT
27                                     JUDGE

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES