Roman M. Silberfeld, Bar No. 62783
*RMSilberfeld@rkmc.com*
Bernice Conn, Bar No. 161594
*BConn@rkmc.com*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

Attorneys for Defendant,
SUPERVALU INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFIED GROCERS, INC., a California Corporation; SUE KLUG, an individual; and LEON BERGMANN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERVALU INC., a Delaware Corporation and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. CV 12-10467 CAS (FFMx)<br><br>**[PROPOSED]** **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Christina A. Snyder |

Based upon the parties' Stipulation of Dismissal With Prejudice, filed February 15, 2013 [Docket No. 23], **IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice and on the merits, with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

Dated: February 15, 2013

_____
The Honorable Christina A. Snyder
UNITED STATES DISTRICT COURT JUDGE